# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME LEE CROSS, | Case No.: 1:14-cv-01073-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION TO AMEND AS UNNECESSARY |
| KINGS COUNTY DISTRICT ATTORNEY'S OFFICE, et al., | [ECF No. 6] |
| Defendants. | |

    Plaintiff Jerome Lee Cross is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On July 28, 2014, Plaintiff filed a motion to amend the complaint. Under Rule 15 of the Federal Rules of Civil Procedure, Plaintiff may amend once as a matter of right before the service of a responsive pleading by defendants. Fed. R. Civ. P. 15(a). Plaintiff has not previously amended the complaint and no defendants filed a responsive pleading. Accordingly, Plaintiff may amend the complaint at this time without leave of court, and Plaintiff's motion to amend is DENIED as unnecessary.

IT IS SO ORDERED.

Dated: __July 29, 2014__

UNITED STATES MAGISTRATE JUDGE

1